IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gamble, Leon | Case Number: 05 B 12495 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/13/08 | Filed: 4/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: May 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 34,823.58 | |
| Secured: | | 31,141.81 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,020.00 |
| Trustee Fee: | | 1,661.76 |
| Other Funds: | | 0.01 |
| Totals: | 34,823.58 | 34,823.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Drexler | Administrative | 2,020.00 | 2,020.00 |
| 2. | City Of Chicago | Secured | 0.00 | 0.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 37,812.16 | 31,141.81 |
| 4. | Mortgage Electronic Registration Sys | Secured | 7,530.09 | 0.00 |
| 5. | Drive Financial Services | Secured | 10,235.81 | 0.00 |
| 6. | IDES | Unsecured | 4,369.60 | 0.00 |
| 7. | Drive Financial Services | Unsecured | 3,733.09 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 2,561.01 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 775.76 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 166.26 | 0.00 |
| 11. | American Collection Corp | Unsecured | | No Claim Filed |
| 12. | Credit Union One | Unsecured | | No Claim Filed |
| 13. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 14. | City Of Chicago | Unsecured | | No Claim Filed |
| 15. | Compucredit | Unsecured | | No Claim Filed |
| 16. | Kmart Corp | Unsecured | | No Claim Filed |
| 17. | Helvey & Associates Inc | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| 19. | Sam's Club | Unsecured | | No Claim Filed |
| 20. | TCF Bank | Unsecured | | No Claim Filed |
| 21. | Sprint | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 69,203.78 | $ 33,161.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gamble, Leon | Case Number: 05 B 12495 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/13/08 | Filed: 4/4/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 183.67 |
| 5.5% | 388.36 |
| 5% | 117.00 |
| 4.8% | 555.85 |
| 5.4% | 416.88 |
| | _____ |
| | $ 1,661.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

